AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MEYERS, KENNETH J. | 2. Court or Organization  BANKRUPTCY COURT S.D. IL | 3. Date of Report  3/1/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 6. Reporting Period  01/10/2015 to 10/23/2015 |

**7. Chambers or Office Address**

9 WINDSOR PLACE
MOUNT VERNON ILL 62864

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | SPOUSES RETIREMENT ANNUNITY---------STATE OF IL |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BANRUPTCY ASSOC. OF SO. IL. | 05/01/15 | FAIRVIEW HEIGHTS IL. | SPEAKER AT SEMINAR FOR LAWYERS | MILEAGE AND MEALS |
| 2. | ADM. OFFICE | 05/03/15-05/06/15 | MILWAUKEE | CIRCUIT CONFERENCE | LODGING AND MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EDWARD JONES M/M FUND | C | Interest | L | T | | | | | |
| 2. PEOPLES NATIONAL BANK | A | Interest | K | T | | | | | |
| 3. FIDELITY SMALL CAP FUND | A | Dividend | J | T | | | | | |
| 4. WELLS FARGO ADVISORS [SEE PART V111] | C | Interest | | | | | | | |
| 5. IL. FINANCE AUTORITY BONDS RICHLAND SCH | B | Interest | K | T | | | | | |
| 6. FORD FINANCIAL M/M FUND | B | Interest | L | T | | | | | |
| 7. IL FINANCE AUTHORITY BONDS COMM. COLLEGE | B | Interest | K | T | | | | | |
| 8. DODGE AND COX STOCK FUND | B | Dividend | L | T | | | | | |
| 9. GENERAL ELECTRIC STOCK | A | Dividend | K | T | | | | | |
| 10. DODGE AND COX GLOBAL FUND | A | Dividend | L | T | | | | | |
| 11. EDWARD JONES BROKERAGE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 12. WELLS FARGO [SEE PART V111] | C | Dividend | | | | | | | |
| 13. ISHARES RUSS 1000 | A | Dividend | K | T | | | | | |
| 14. ISHARES RUSS MID CAP | A | Dividend | K | T | | | | | |
| 15. ISHARES SMALL CAP CORE S&P | A | Dividend | K | T | | | | | |
| 16. FIDELITY LOW PRICED STOCK FUND | A | Dividend | J | T | | | | | |
| 17. OAKMARK EQUITY INCOME FUND | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD HIGH DIV ETF | A | Dividend | K | T | | | | | |
| 19. AMERICAN ELECTRIC POWER CO. STOCK | A | Dividend | J | T | | | | | |
| 20. ISHARES DOW JONES US OIL EQUIP AND SVCS | | None | K | T | Buy | 03/18/15 | K | | |
| 21. BERKSHIRE HATHAWAY INC CLASS B | | None | K | T | Buy | 03/18/15 | L | | |
| 22. | | | K | T | Buy (add'l) | 09/21/15 | K | | |
| 23. | | | K | T | Buy (add'l) | 08/21/15 | K | | |
| 24. ISHARES US ETF US LARGE CAP ETF | | None | K | T | Buy | 03/18/15 | L | | |
| 25. ISHARES DOW JONES OIL AND GAS EXPL | | None | K | T | Buy | 03/18/15 | K | | |
| 26. ISHARES S&P TECH. MULTIMEDIA | A | Dividend | K | T | Buy | 07/10/15 | K | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I REMARRIED IN 2013 AND THE ASSETS LISTED ON LINES 4&12 OF THIS REPORT ARE THOSE OF MY CURRENT WIFE. I HAVE NO ACCESS TO MORE DETAILED INFORMATION. THE INFORMATION PROVIDED WAS TAKEN FROM OUR JOINT TAX RETURN PREPARED BY HER ACCOUNTANT. .

| Name of Person Reporting | Date of Report |
|---|---|
| MEYERS, KENNETH J. | 3/1/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KENNETH J. MEYERS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544